GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED _____    LODGED _____
RECEIVED _____    COPY _____

MAR 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00395-PHX-MTL (DMF) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Count 1 |
| Daniel Aaron Castro, | |
| Defendant. | 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Material False Statement During the Acquisition of a Firearm)<br>Count 2 |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about May 22, 2021, in the District of Arizona, Defendant DANIEL AARON CASTRO knowingly made a false statement and representation to C-A-L Ranch Stores, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of C-A-L Ranch Stores, in that Defendant DANIEL AARON CASTRO executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he resided at an

address in Phoenix, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about May 22, 2021, in the District of Arizona, Defendant DANIEL AARON CASTRO knowingly made a false statement and representation in connection with the acquisition of a firearm to C-A-L Ranch Stores, which was intended and likely to deceive C-A-L Ranch Stores as to a fact material to the lawfulness of a sale of a firearm by C-A-L Ranch Stores, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of C-A-L Ranch Stores, in that Defendant DANIEL AARON CASTRO executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_/S/_
FOREPERSON OF THE GRAND JURY
Date: March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


_/S/_
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -