JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700
JEANETTE E. ALVARADO
Arizona Bar #016111
Asst. Federal Public Defender
Attorney for Defendant
jeanette_alvarado@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>       vs.<br><br>Daniel Aaron Castro,<br><br>                Defendant | Case No. CR-23-00395-PHX-MTL<br><br>**SENTENCING MEMO** |

Mr. Castro requests the Court imposes an incarceration sentence that does not exceed 37 months in custody. Mr. Castro recognizes the probation office is recommending a longer sentence; however, he asks the Court to consider his background, his long-term marital relationship, that he is his family's primary economic support, his employment history, lack of substance abuse factors, and his sincere remorse, to impose a shorter sentence.

### *U.S. Sentencing Factors*

U.S. law mandates the Court consider multiple factors, along with the sentencing guideline range, when deciding on the appropriate sentence that is "sufficient, but not greater than necessary" to impose a just sentence:

**(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;

**(2)** the need for the sentence imposed—
> **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> **(B)** to afford adequate deterrence to criminal conduct;
> **(C)** to protect the public from further crimes of the defendant; and
> **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

**(3)** the kinds of sentences available.

18 U.S.C. 3553(a).

### *Mr. Castro's Personal Characteristics & History*

Mr. Castro has known his wife since his teen years, they've been married over 10 years, and at the time of arrest were living together raising their family. He had consistent employment, but it became intermittent because of the 2020 pandemic. Given this economic hit, Mr. Castro went astray and engaged in this criminal activity for which he is most remorseful. However, Mr. Castro is not in the same mental place as he was when he committed this offense.

First, Mr. Castro has been in custody for 18 months, since April 2023, due to his arrest in another case. After serving that sentence, Mr. Castro was transferred to Arizona. He has now been detained in this case for a year. Having never been away from his family for an extended time, his detention has woken him up.

Second, Mr. Castro has delved deep into his underlying thinking errors allowing him to commit crimes for economic reasons. He has worked on changing his thinking patterns and recognizing nothing is more valuable than being with his family and keeping away from others engaged in crimes. This thorough reflection is what will help keep Mr. Castro on a positive path and deter him from reoffending.

Third, the Court has received multiple letters from people who know Mr. Castro (under separate cover) and who describe him as having many positive

characteristics: loyal, helpful, pleasant, funny, good son, great husband and loving father. These letters give the Court another portrait of Mr. Castro. He asks the Court to impose a sentence not exceeding 37 months to account for his personal characteristics, family connections and obligations, his remorse, and that he has no substance abuse rehabilitative needs to be addressed while in federal custody.

## Offense Characteristics & Need for Sentence Imposed

Mr. Castro acknowledges the characteristics of the offense are serious and that he looked the other way, not wanting to face what he had involved himself in. He also excused his actions telling himself it would only last a little while. Unfortunately, as often occurs, once someone starts down a bad path, there is no easy way to make a U-turn.  Despite it all, Mr. Castro is thankful he was arrested so he could have the chance to start over. Imposing a 3-year sentence is a sufficiently long period, for an individual like Mr. Castro who had not spent any time in custody.  It will deter him from future criminal activity and sends a message of general deterrence to others who may think of copying Mr. Castro's actions.

## Conclusion

Mr. Castro asks the Court to consider all he has done right in the past, and to believe when he says this destructive chapter in his life is over, with his future focused on living an upright life. He has two job offers waiting for him which will provide him with funds to support his family, give him structure and being back with his family will provide him the ultimate incentive to never return to jail.

Respectfully submitted:  October 6, 2024.

*JON M.* SANDS
Federal Public Defender

 *s/Jeanette E. Alvarado*
JEANETTE E. ALVARADO
Assistant Federal Public Defender